[No. 11251–1–I.   Division One.   June 4, 1984.]

HAZEL LANG, ET AL, *Appellants,* v. MAX H. WATSON, *Respondent.*

Appeal from a judgment of the Superior Court for Island County, No. 12802, Richard L. Pitt, J., entered December 24, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, C.J., and Ringold, J.

[No. 12827–2–I.   Division One.   June 4, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES PETER BITTIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–03094–1, David C. Hunter, J., entered January 28, 1983. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Williams and Callow, JJ.

[No. 10960–0–I.   Division One.   June 4, 1984.]

PETER J. JOUFLAS, ET AL, *Respondents,* v. RHODA VANDER MAY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–10659–7, Stanley Stone, J. Pro Tem., entered October 14, 1981. *Affirmed* by unpublished opinion per Soderland, J. Pro Tem., concurred in by Durham, C.J., and Callow, J.

[No. 10222–2–I.   Division One.   June 6, 1984.]

LYLE L. IVERSEN, *Respondent,* v. FRANCISZEK P. STARCZEWSKI, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 79–2–00302–6, Frank L. Sullivan, J., entered March 27, 1981. *Affirmed* by unpublished opinion per Corbett, A.C.J., concurred in by Callow and Andersen, JJ.